**FILED**
October 25, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JESUS MATEO AISPURO-PENA<br><br>  Defendant. | Case No.  2:22-mj-0147 JDP-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS MATEO AISPURO-PENA</u> Case No. <u>2:22-mj-0147 JDP-2</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  x     Secured Appearance Bond $     $50,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): \_\_

Issued at Sacramento, California on October 25, 2022 at 2:00 PM

By: _____
      Magistrate Judge Edmund F. Brennan