**UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF CALIFORNIA**

**PRETRIAL SERVICES AGENCY**

**Gina L. Faubion**
Chief Pretrial Services Officer

**Beth A. Wetteland**
Deputy Chief Pretrial Services Officer

Robert T. Matsui United States Courthouse
501 I Street, Suite 2-400
Sacramento, California 95814
Tel:   (916) 930-4350

**REPLY TO:**

(Headquarters)
Robert T. Matsui United States Courthouse
501 I Street, Suite 2-400
Sacramento, California 95814
Tel:   (916) 930-4350
Fax:   (916) 930-4355

February 16, 2023

**RE:** Jesus Mateo Aispuro-Pena
**Case No.** 2:22-CR-00226-KJM

Dear:   Lisa Kennison, Courtroom Clerk to the
Honorable Carolyn K. Delaney
United States District Court Magistrate Judge

From:   Ryan Garcia
Supervisory U.S. Pretrial Services Officer

RE:   Request to move the violation hearing from February 17, 2023, at 2:00 pm, to February 21, 2023, at 2:00 pm before the Duty Magistrate Judge

Pretrial Services learned the defendant has a state court appearance on February 17, 2023, at 1:30 pm, which is related to the underlying violation conduct (Driving Under the Influence).

Therefore, Pretrial Services is respectfully requesting Jesus Mateo Aispuro-Pena's violation hearing currently set for February 17, 2023, at 2:00 pm before the Honorable Carolyn K. Delaney be moved to February 21, 2023, at 2:00 pm before the Duty Magistrate Judge.

The defendant, defense counsel, and the assigned government prosecutor are aware of this request and have agreed to be present.

Sincerely,

/s/ Ryan Garcia

Ryan Garcia
Supervisory U.S. Pretrial Services Officer

*Commitment to and Passion for the Pretrial Justice Mission.*