LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
DANIEL CARDENAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MATEO AISPURO-PENA, DANIEL CARDENAS, and<br>VICTOR RIOS-BELTRAN,<br><br>Defendants. | CASE NO. 2:22-cr-0226 DJC<br><br>**STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

1. This matter was previously set pursuant to a stipulation between the parties for a status conference before Chief United States District Judge Kimberly J. Mueller to be held on June 26, 2023. On April 4, 2023, Chief Judge Kimberly J. Mueller issued an "Order Reassigning Case" (the "Reassignment Order") (ECF Docket Entry 80). The Reassignment Order vacated all currently set dates and directed that all further proceedings occur before United States District Judge Daniel J. Calabretta. It further directed the parties to set appropriate hearing dates before the reassigned judge.

2. By this stipulation, Defendants Aispuro-Pena, Cardenas, and Rios-Beltran request to set this matter for a status conference before this Court on August 31, 2023, at 9:00 a.m.

1

STIPULATION & ORDER
CONTINUING STATUS CONFERENCE

3. This case involves distribution of heroin and methamphetamine in San Joaquin, Sutter, and Butte Counties. Investigation of the matter took place during an approximate two and one-half-year period. The investigation included controlled purchases supervised by law enforcement.

4. The government initially provided approximately 300 pages of discovery materials shortly after return of the Indictment. The government later provided a supplemental discovery release of about 700 additional pages, including approximately 550 native files consisting of photographs, video and audio recordings, Excel Spreadsheets, and other items relevant to investigation of the matter.

5. Spanish is the principal language spoken by Defendants Aispuro-Pena and Rios-Beltran. Both Defendants therefore require the use of a Spanish language interpreter to assist in court proceedings and preparation meetings with their respective defense counsel.

6. Given the volume of discovery in the case, the language barrier, and the geographical area where the relevant conduct occurred, all defense counsel represent and believe that additional time is necessary for defense preparation. Defense counsel therefore request to set a status conference before this Court on August 31, 2023. The government does not oppose the request.

7. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period from June 26, 2023, up to August 31, 2023, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

STIPULATION & ORDER SETTING STATUS
CONFERENCE AND EXCLUDING TIME           2

Assistant U.S. Attorney Aaron Pennekamp, Assistant Federal Defender Douglas Beevers, and Attorney Dina Santos have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  May 23, 2023                    */s/ Douglas Beevers*
                                                                         DOUGLAS BEEVERS
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Attorneys for Defendant
JESUS AISPURO-PENA
(Per email authorization)

Dated:  May 23, 2023                    */s/ Dina L. Santos*
                                                                         DINA L. SANTOS
Attorney for Defendant
VICTOR RIOS-BELTRAN
(Per email authorization)

Dated: May 22, 2023                     */s/ Todd Leras*
                                                                         TODD LERAS
Attorney for Defendant
DANIEL CARDENAS

Dated:  May 22, 2023            PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/ Aaron D. Pennekamp*
                                    By:     _____
                                                AARON D. PENNEKAMP
Assistant United States Attorney
(Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that a status conference for this matter is set for August 31, 2023, at 9:00 a.m.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from June 26, 2023, up to and including August 31, 2023.

IT IS SO ORDERED.

Dated:  May 23, 2023                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE