HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JESUS MATEO AISPURO-PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS MATEO AISPURO-PENA,<br><br>Defendant. | Case No. 2:22-cr-00226-DJC-2<br><br>STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |

   IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney Aaron Pennekamp, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Aispuro-Pena, that Condition #13 of Mr. Aispuro-Pena's Amended conditions of release regarding Electronic Monitoring be dropped from the Amended conditions of release.

   Mr. Aispuro-Pena has been compliant with all the conditions of the Amended Special Conditions of Release filed on February 21, 2023 (ECF 75).  Mr. Aispuro-Pena now requests that Condition 13 be dropped from the conditions of release.  All other conditions will remain in place.  Pretrial Services has no objections to this amendment.

//

//

//

Dated:  June 12, 2023

                HEATHER E. WILLIAMS
                Federal Defender

                */s/ Douglas Beevers*
                DOUGLAS BEEVERS
                Assistant Federal Defender
                Attorney for Defendant
                JUAN AISPURO-PENA

Dated:  June 12, 2023

                PHILLIP A. TALBERT
                United States Attorney

                */s/ Aaron Pennekamp*
                AARON PENNEKAMP
                Assistant United States Attorney

**O R D E R**

    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated:  June 13, 2023

                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE