LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
DANIEL CARDENAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0226 DJC |
| Plaintiff, | **STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JESUS MATEO AISPURO-PENA, DANIEL CARDENAS, ISMAEL MIRANDA, and VICTOR RIOS-BELTRAN, | Date: August 31, 2023 |
| | Time: 9:00 a.m. |
| Defendants. | Court: Hon. Daniel J. Calabretta |

1. This matter is presently set for a status conference on August 31, 2023. By this stipulation, Defendants Aispuro-Pena, Cardenas, Miranda, and Rios-Beltran request to continue the status conference to November 16, 2023, at 9:00 a.m.

2. This case involves distribution of heroin and methamphetamine in San Joaquin, Sutter, Butte Counties, and elsewhere in California. Investigation of the matter took place during a nearly two and one-half-year period. The investigation included controlled purchases of substances supervised by law enforcement.

1

STIPULATION & ORDER
CONTINUING STATUS CONFERENCE

3. The government initially provided approximately 300 pages of discovery materials. The government later provided a supplemental discovery release of about 700 additional pages, including approximately 550 native files consisting of photographs, video and audio recordings, Excel Spreadsheets, and other items relevant to investigation of the matter. Some of the recordings are in Spanish.

4. Spanish is the principal language spoken by Defendants Aispuro-Pena and Rios-Beltran. Both Defendants therefore require the use of a Spanish language interpreter to assist in court proceedings and preparation meetings with their respective defense counsel. The government recently indicated that it intends to release to defense counsel transcripts containing English translations of various Spanish language conversations relevant to the investigation.

5. Defendant Miranda only recently appeared in the Eastern District of California and was assigned defense counsel. Miranda made his initial appearance in this District on May 22, 2023, and his attorney was provided with the discovery in this case shortly after that date.

6. Given the volume of discovery in the case, the anticipated release of English language transcripts, the language barrier, the geographical area where the relevant conduct occurred, and the recent appearance of Defendant Miranda and his defense counsel in this case, all defense counsel represent and believe that additional time is necessary for defense preparation. Defense counsel therefore request to set a status conference before this Court on November 16, 2023. The government does not oppose the request.

7. Moreover, the parties note that this case was re-assigned to Judge Calabretta on April 4, 2023. As a result, less than six months have passed since this case was added to this Court's docket. All parties acknowledge that – consistent with Judge Calabretta's practice – they anticipate appearing before the Court at their next scheduled status conference.

8. Based on the above-stated facts, Defendants request the Court find that the ends of justice

served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period from August 31, 2023, up to November 16, 2023, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Aaron Pennekamp, Assistant Federal Defender Douglas Beevers, Attorney Kellan Patterson, and Attorney Dina Santos have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  August 24, 2023            */s/ Douglas Beevers*

                                   DOUGLAS BEEVERS
                                   Assistant Federal Defender
                                   OFFICE OF THE FEDERAL DEFENDER
                                   Attorneys for Defendant
                                   JESUS AISPURO-PENA
                                   (Per email authorization)

Dated:  August 24, 2023            */s/ Dina L. Santos*

                                   DINA L. SANTOS
                                   Attorney for Defendant
                                   VICTOR RIOS-BELTRAN
                                   (Per email authorization)

Dated:  August 24, 2023            */s/ Kellan Patterson*

                                   KELLEN PATTERSON
                                   Attorney for Defendant
                                   ISMAEL MIRANDA
                                   (Per email authorization)

|   |   |   |
|---|---|---|
| Dated: August 24, 2023 | | /s/ Todd Leras |
| | | TODD LERAS |
| | | Attorney for Defendant |
| | | DANIEL CARDENAS |
| | | |
| Dated:  August 24, 2023 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | |
| | | /s/ Aaron D. Pennekamp |
| | By: | |
| | | AARON D. PENNEKAMP |
| | | Assistant United States Attorney |
| | | (Per email authorization) |

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference set for August 31, 2023, is vacated. A new status conference is scheduled for November 16, 2023, at 9:00 a.m.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from August 31, 2023, up to and including November 16, 2023.

IT IS SO ORDERED.

Dated: August 25, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE