LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
DANIEL CARDENAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS MATEO AISPURO-PENA, DANIEL CARDENAS, and VICTOR RIOS-BELTRAN,

Defendants.

CASE NO. 2:22-cr-0226 DJC

**STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

Date: March 7, 2024

Time: 9:00 a.m.

Court: Hon. Daniel J. Calabretta

1. This matter is presently set for a status conference on March 7, 2024. By this stipulation, Defendants Aispuro-Pena, Cardenas, and Rios-Beltran request to continue the status conference to May 23, 2024, at 9:00 a.m.

2. This case involves distribution of heroin and methamphetamine in San Joaquin, Sutter, Butte Counties, and elsewhere in California. Investigation of the matter took place during a nearly two and one-half-year period. The investigation included controlled purchases of substances supervised by law enforcement.

3. The government initially provided approximately 300 pages of discovery materials. The government later provided a supplemental discovery release of about 700 additional pages, including approximately 550 native files consisting of photographs, video and audio recordings, Excel Spreadsheets, and other items relevant to investigation of the matter. Some of the recordings are in Spanish. The government recently provided to defense counsel transcripts containing English translations of various Spanish language conversations relevant to the investigation.

4. Spanish is the principal language spoken by Defendants Aispuro-Pena and Rios-Beltran. Both Defendants therefore require the use of a Spanish language interpreter to assist in court proceedings and preparation meetings with their respective defense counsel.

5. The prosecutor originally assigned to this matter left the United States Attorney's Office for another position with the California Department of Justice at the end of 2023. The defense intends to confer with the new prosecutors regarding additional discovery requests flowing from recently released materials. Two of the prosecutors, as well as counsel for Defendant Cardenas, are currently assigned to a jury trial before Chief Judge Mueller in the matter of *United States v. Yandell, Sylvester, and Troxell,* Case Number 2:19-cr-0107 KJM. The *Yandell* jury trial is projected by the parties to be completed by late April or early May 2024.

6. Moreover, the parties note that they appeared in person for a status conference before the Court within the past six months - on November 16, 2023. All parties acknowledge that, consistent with Judge Calabretta's practice, they anticipate appearing before the Court at the next requested status conference date.

7. Given the volume of discovery in the case, the recent release of English language transcripts, the language barrier, the geographical area where the relevant conduct occurred, and the recent change in the prosecutors assigned to this matter, all defense counsel represent and believe that additional time is necessary for defense preparation. Defense counsel therefore request to set a status conference before this Court on May 23,

2024. The government does not oppose the request.

8. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period from March 7, 2024, up to May 23, 2024, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney David Spencer, Assistant Federal Defender Douglas Beevers, and Attorney Dina Santos have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated: March 1, 2024

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Attorneys for Defendant
JESUS AISPURO-PENA
(Per email authorization)

Dated: March 1, 2024

*/s/ Dina L. Santos*

DINA L. SANTOS
Attorney for Defendant
VICTOR RIOS-BELTRAN
(Per email authorization)

Dated: March 1, 2024

*/s/ Todd Leras*

TODD LERAS
Attorney for Defendant
DANIEL CARDENAS

Dated: March 1, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ David Spencer*
DAVID SPENCER
Assistant United States Attorney
(Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference set for March 7, 2024, is vacated. A new status conference is scheduled for May 23, 2024, at 9:00 a.m.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from March 7, 2024, up to and including May 23, 2024.

IT IS SO ORDERED.

Dated: March 4, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE