PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS MATEO AISPURO-PENA,
DANIEL CARDENAS, and
VICTOR RIOS-BELTRAN,

Defendants.

CASE NO. 2:22-CR-226-DJC

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: August 8, 2024
TIME: 9:00 a.m.
COURT: Hon. Daniel J. Calabretta

**STIPULATION**

1. By previous order, this matter was set for status on August 8, 2024.

2. By this stipulation, defendants now move to continue the status conference until October 10, 2024, and to exclude time between August 8, 2024, and October 10, 2024, under Local Code T4. Defendant Aispuro-Pena also requests to set his case for a change of plea hearing on August 22, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 2,500 pages of documents, including law enforcement reports, photographs, and translations of recordings, as well as numerous video and audio recordings in Spanish. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to review the discovery, conduct factual investigation and legal research, consult with their clients regarding potential responses to the charges, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 8, 2024 to October 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 5, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: August 5, 2024

/s/ Douglas Beevers
Douglas Beevers
Counsel for Defendant
JESUS AISPURO-PENA

Dated: August 5, 2024

/s/ Todd Leras
Todd Leras
Counsel for Defendant
DANIEL CARDENAS

Dated: August 5, 2024

/s/ Dina Santos
Dina Santos
Counsel for Defendant
VICTOR RIOS-BELTRAN

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of August, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE