HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JESUS MATEO AISPURO-PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESUS MATEO AISPURO-PENA, <br><br> Defendant. | Case No. 2:22-cr-00226-DJC-2 <br><br> STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney David Spencer, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Aispuro-Pena, that the third party custodian condition of Mr. Aispuro-Pena's Amended conditions of release—established via stipulation filed October 28, 2022, (ECF 36)—be dropped from the Amended conditions of release.

Mr. Aispuro-Pena has been compliant with all the conditions of the Amended Special Conditions of Release. Pretrial Services has recommended removing the third party custodian condition and Assistant United States Attorney David Spencer has no objection. All other conditions will remain in place.

//

//

-1-

| | |
|---|---|
| Dated:  November 1, 2024 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESUS MATEO AISPURO-PENA |
| Dated:  November 1, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ David Spencer*<br>DAVID SPENCER<br>Assistant United States Attorney |

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED: November 1, 2024

_____
HON. CHI SOO KIM
United States Magistrate Judge