HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
Fax: 916.498.5710
douglas_beevers@fd.org

Attorney for Defendant
JESUS MATEO AISPURO-PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:22-cr-00226-DJC-2 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE** |
| vs. | ) | |
| JESUS MATEO AISPURO-PENA, | ) | DATE: January 30, 2025 |
| Defendant. | ) | TIME: 9:00 am |
| | ) | JUDGE: HON. DANIEL J. CALABRETTA |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Assistant United States Attorney David Spencer, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Jesus Mateo Aispuro-Pena, that the sentencing hearing, currently scheduled for January 30, 2025, be continued to March 6, 2025 at 9:00 a.m.

Defense counsel requests the additional time to tend to an urgent family matter in Boston which will require him to stay there for over two weeks. Defense counsel further requests additional time in order to review discovery and conduct additional mitigation investigation. The parties believe a continuance to March 6, 2025, will permit defense counsel the additional time necessary. The Government and US Probation do not object to the continuance.

The PSR schedule should be modified, as follows:

Presentence Report Due:                                                      February 13, 2025

Formal Objections to Presentence Report Due:                 February 20, 2025

| | |
|---|---|
| Reply or Statement of Non-Opposition Due: | February 27, 2025 |
| Judgment and Sentencing: | March 6, 2025 |

Respectfully submitted,

Dated:  January 16, 2025

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
MARCELLO MARLO RIVERA

Dated:  January 16, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ David Spencer*
DAVID SPENCER
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for January 30, 2025, is CONTINUED to **March 6, 2025, at 9:00 a.m.**  The modified presentence schedule is further adopted as this Court's order.

Dated:  January 21, 2025            /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE